UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SERENA N. HAWKES and MICHELE CIMATO,

                          Plaintiffs,

                    -against-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

                         Defendants.
-------------------------------------------------------- x

22-CV-6393 (ALC)(JLC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendants' motion for summary judgment at ECF No. 19 is **DENIED** without prejudice. Per the undersigned's individual rules, "[a] pre-motion conference with the Court is required before making any motion", including motions for summary judgment.[1] Defendant is directed to file a pre-motion conference letter as outlined by the undersigned's individual rules by **September 6, 2023**.

    The Clerk of Court is respectfully requested to terminate the pending motion at ECF No. 19.

**SO ORDERED.**

**Dated**:   August 30, 2023
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**

---

[1] https://www.nysd.uscourts.gov/sites/default/files/practice_documents/ALC%20Final%20INDIVIDUAL%20PRACTICES%20OF%20JUDGE%20ANDREW%20L%20CARTER_1.pdf