UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SERENA N. HAWKES and MICHELE CIMATO,

                        Plaintiffs,

                  -against-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

                      Defendants.
-------------------------------------------------------- x

22-CV-6393 (ALC)(JLC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court has reviewed the parties' pre-motion conference letters at ECF No. 21 and 22 and deems that a pre-motion conference is not necessary. Plaintiffs may file their motion for summary judgment on the following schedule:

       Plaintiffs' motion is due by **November 13, 2023**

       Defendants' opposition is due by **December 13, 2023**

       Plaintiffs' reply is due by **December 27, 2023**.

If the parties would like to modify the above briefing schedule, they may file a letter by **October 20, 2023** jointly proposing new dates.

       SO ORDERED.

Dated:     October 12, 2023
             New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**