UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

SERENA N. HAWKES and MICHELE CIMATO,

                Plaintiffs,

-against-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

                Defendants.

------------------------------------------------------- x

1:22-cv-06393 (ALC) (HJR)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties should submit a joint status report by February 4, 2025 providing details regarding settlement discussions.

**SO ORDERED.**

**Dated:**    **October 31, 2024**
             **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**