USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/22/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA N. HAWKES, *et al.*,

                Plaintiffs,

-v-

FLAXVILLE, LLC, *et al.*,

                Defendants.

**ORDER**

22-CV-6393 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By an Order of Reference dated October 31, 2024, this case was referred to me for settlement. On November 1, 2024, the parties were directed to contact Chambers to schedule a settlement conference. Although the parties discussed potential dates, no conference date was confirmed. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: January 22, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1