UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SERENA N. HAWKES and MICHELE CIMATO,

                Plaintiffs,

     -against-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

                Defendants.
-------------------------------------------------------- x

1:22-cv-06393 (ALC) (HJR)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

At the status conference held April 22, 2025, the Court scheduled jury selection and trial to begin **October 14, 2025** at **10:00 AM**. In advance of trial, parties shall file:

- A joint status report by **May 8, 2025** regarding whether both parties consent to proceed before a United States Magistrate Judge.
- Proposed *voir dire* and proposed jury instructions by **September 24, 2025**.
- Any motions in *limine* by **September 24, 2025**. Oppositions shall be filed by **October 1, 2025**.

The final pretrial conference will be held on **October 9, 2025 at 3:00 PM**. The parties shall appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444.

**SO ORDERED.**

Dated:    April 25, 2025
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**