```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA N. HAWKES and MICHELE CIMATO,

        Plaintiffs,

-v-

FLAXVILLE, LLC, and DAVID K. CHIRCHIR,

        Defendants.

**ORDER**

22-CV-6393 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court has scheduled trial to begin in this matter on **September 23, 2025**. In advance of trial, the parties shall file:

- An updated joint pretrial order, proposed voir dire, proposed jury instructions, and a proposed verdict sheet by **September 2, 2025**;
    - The joint pretrial order should include an exhibit list with any objections to such exhibits;
- Any *in limine* motions by **September 2, 2025**, with oppositions due on **September 9, 2025**;
- A binder of pre-marked exhibits by **September 15, 2025**;

The final pretrial conference will be held at **10:00 a.m.** on **September 17, 2025**, at 500 Pearl Street, in Courtroom 21-D.

**SO ORDERED.**

Dated: June 6, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1