```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA N. HAWKES and MICHELE CIMATO,

            Plaintiffs,

    -v-

FLAXVILLE, LLC, and DAVID K. CHIRCHIR,

           Defendants.

**ORDER**

22-CV-6393 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court has scheduled trial to begin in this matter on **November 13, 2025**. In advance of trial, the parties shall file:

- An updated joint pretrial order, proposed voir dire, proposed jury instructions, and a proposed verdict sheet by **October 21, 2025**;
    - The joint pretrial order should include an exhibit list with any objections to such exhibits;
- Any *in limine* motions by **October 21, 2025**, with oppositions due on **October 28, 2025**;
- A binder of pre-marked exhibits by **November 10, 2025**;

The final pretrial conference will be held at **10:00 a.m.** on **November 10, 2025**, at 500 Pearl Street, in Courtroom 21-D.

**SO ORDERED.**

Dated: July 2, 2025
       New York, New York

                                        _____
                                        Henry J. Ricardo
                                        United States Magistrate Judge