UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/17/2025

SERENA N. HAWKES and MICHELE CIMATO,

Plaintiffs,

-v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

Defendants.

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Due to changes in the Court's calendar, the trial scheduled to begin on November 13, 2025 will instead begin on **November 12, 2025**.  All other dates set forth in the Court's July 2, 2025 Order, ECF No. 55, remain the same.

**SO ORDERED.**

Dated: September 17, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge