```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2025
```

SERENA N. HAWKES and MICHELE CIMATO,

        Plaintiffs,

-v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

        Defendants.

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' pre-trial filings at ECF Nos. 62–66. ECF Nos. 64 and 66 appear to be duplicative filings. The Parties are directed to advise the Court whether this was done in error by **October 28, 2025**. If one of the filings is erroneous, the Parties are directed to file the correct document by **October 28, 2025**.

**SO ORDERED.**

Dated: October 24, 2025
       New York, New York

                                                  _____
                                                  Henry J. Ricardo
                                                  United States Magistrate Judge