UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA N. HAWKES and MICHELE CIMATO,

Plaintiffs,

-v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2025

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 22, 2025, Defendants filed a *motion in limine* in which they asserted, among other things, that Plaintiffs served a supplemental report from Dr. Winiarsky on October 22, 2025 describing a September 22, 2025 examination. ECF No. 61-1 ¶ 75. Defendants seek to exclude the supplemental report or, in the alternative, re-open discovery. *Id.* ¶ 79. If Plaintiffs wish to offer evidence of the September 22, 2025 examination, they must make Dr. Winiarsky available for deposition before **November 7, 2025.**

Additionally, the Court is in receipt of the Parties' proposed *voir dire* questions. ECF No. 63. The number of proposed questions is excessive and impractical. Each side should resubmit a new list of no more than ten proposed questions that are most important to them by **October 31, 2025**. The Parties need not address matters covered in items A through I of § 6.05 of the Benchbook for United States District Court Judges (Sixth Edition).

**SO ORDERED.**

Dated: October 27, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge