UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA N. HAWKES and MICHELE CIMATO,

                Plaintiffs,

              -v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' October 24, 2025 letter motion (the "Letter Motion") requesting to seal or withdraw and re-file certain exhibits to their motion *in limine*. ECF No. 67. The Letter Motion is **GRANTED**. Defendants are directed to re-file their motion *in limine*, including the notice of motion, memorandum of law, and all exhibits—including redacted versions of the exhibits currently under seal (ECF Nos. 61-5, 61-6, 61-7, 61-8, and 61-10)—by **October 30, 2025**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 61 as **MOOT** to avoid duplicative entries of Defendants' motion *in limine* on the docket. The Clerk of Court is also respectfully directed to terminate the Letter Motion at ECF No. 67 as **GRANTED**.

**SO ORDERED.**

Dated: October 27, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2