```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2025
```

SERENA N. HAWKES and MICHELE CIMATO,

Plaintiffs,

-v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

Defendants.

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' October 23, 2025 Request to Charge, ECF No. 62 (the "Request to Charge"), which cites to numerous provisions of the New York Pattern Jury Instructions – Civil (the "Instructions"). The Court has reviewed the 2025 edition of the Instructions, and notes that numerous provisions cited by the Parties in the Request to Charge—including but not limited to, PJI 1:29, PJI 1:36, PJI 1:39, PJI 1:40, PJI 1:41, PJI 1:91, PJI 1.97, and PJI 2:77.1—are not contained in the 2025 edition of the Instructions. By **November 4, 2025**, the Parties shall file an Amended Request to Charge citing to provisions in the 2025 Instructions, and shall include as an exhibit to the Amended Request to Charge a copy of the text of the provisions cited in the Amended Request to Charge.

Additionally, the Court notes that the Parties include duplicative citations to provisions in the sections of the Request to Charge labeled "Request to Charge as to Liability" and "Request to Charge as to Damages." By **November 4, 2025**, the Parties shall clarify if they intend for these provisions to be read to the jury twice.

If the Parties intend for the provision to be read once, the Parties shall remove duplicative entries in the Amended Request to Charge.

**SO ORDERED.**

Dated: October 28, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge