```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA N. HAWKES and MICHELE CIMATO,

                Plaintiffs,

         -v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

                Defendants.

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' October 30, 2025 letter stating that they are submitting this matter to a binding arbitration. ECF No. 73. "When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, [9 U.S.C.] § 3 of the [Federal Arbitration Act] compels the court to stay the proceeding." *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024). Therefore, this matter is **STAYED** until final determination of the arbitration proceedings. The November 10, 2025 pre-trial conference and trial scheduled to begin on November 12, 2025 are adjourned *sine die*.

**SO ORDERED.**

Dated: October 30, 2025
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge