```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA N. HAWKES and MICHELE CIMATO,

        Plaintiffs,

-v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

        Defendants.

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the Parties' agreement to submit this matter to binding arbitration, *see* ECF No. 73, the Parties are directed to file a joint status report by **February 6, 2026** providing the Court with an update on the progress of arbitration.

**SO ORDERED.**

Dated: November 3, 2025
       New York, New York

                                       Henry J. Ricardo
                                       United States Magistrate Judge

1