UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2026

SERENA N. HAWKES and MICHELE CIMATO,

Plaintiffs,

-v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

Defendants.

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' February 6, 2026 joint status letter.

ECF No. 76.  The parties shall file a further joint status letter by **May 7, 2026**.

**SO ORDERED.**

Dated: February 9, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge