UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/7/2026__

SERENA N. HAWKES and MICHELE CIMATO,

Plaintiffs,

-v-

FLAXVILLE, LLC and DAVID K. CHIRCHIR,

Defendants.

**ORDER**

22-CV-6393 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' May 6, 2026 joint status letter. ECF No. 78. The parties shall file another joint status letter by **May 28, 2026**, unless a stipulation of dismissal is filed sooner.

**SO ORDERED.**

Dated: May 7, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge

1